1032

[No. 22188-8-II. Division Two. December 11, 1998.]

MICHAEL R. FIXEMER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-08227-6, Vicki L. Hogan, J., entered July 18, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 22228-1-II. Division Two. December 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES LITTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-02446-9, Karen L. Strombom, J., entered August 28, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 22251-5-II. Division Two. December 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WAYNE McKINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 95-1-00146-1, H. John Hall, J., entered July 28, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 22350-3-II. Division Two. December 11, 1998.]

FIFE PROPERTIES, *Respondent*, v. OCCUPATIONAL MEDICAL CLINIC OF FIFE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-06760-5, Bruce W. Cohoe, J., entered August 27, 1997. *Reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Hunt, J.